SCHULTZ, Appellant, v. McCREA et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by William F. Schultz against William G. McCrea and others. E. H. Kelly, of New York City, for appellant.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE and HOTCHKISS, JJ., dissent.

SCHUNK, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by William Schunk against the International Railway Company. No opinion. Judgment affirmed, with costs.

S. C. POSNER, Inc., v. POSNER. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by S. C. Posner, Incorporated, against Sarah C. Posner. No opinion. Application denied, with $10 costs. Order signed.

SEELEY, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Jefferson Seeley against George L. Williams. No opinion. Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event; the finding of fact disapproved of being that the plaintiff performed his contract.

SHAPIRO v. GLENDENNING. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Samuel Shapiro against Frederick W. Glendenning. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SHAUGHNESSY, Appellant, v. WEICHMANN, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Susan Shaughnessy against Victor Weichmann. M. T. Manton, of New York City, for appellant. F. W. Catlin, of New York City, for respondent. No opinion. Order affirmed, unless plaintiff stipulate to reduce verdict to $5,000, in which event the order appealed from is reversed and the verdict as so reduced reinstated, without costs of this appeal. Settle order on notice.

SHAW v. McQUEENIE. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Helen Shaw against Mary F. McQueenie. No opinion. Application denied, with $10 costs. Order signed. See, also, 85 Misc. Rep. 395, 147 N. Y. Supp. 407.

SKEELE COAL CO. v. BAKER. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Skeele Coal Company against Charles T. Baker. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1143.

SLAUGHTER v. ROTTMANN. (Supreme Court, Appellate Division, First Department.

June 25, 1915.) Action by Arthur M. Slaughter against George Rottmann. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SLIGO FURNACE CO., Respondent, v. QUINN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by the Sligo Furnace Company against Thomas H. Quinn and others. No opinion. Motion for reargument (in 153 N. Y. Supp. 109) denied, with $10 costs.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) In the matter of Charles A. B. Smith, attorney and counselor at law. No opinion. Report of referee confirmed, and order of disbarment entered. See, also, 164 App. Div. 966, 149 N. Y. Supp. 1112.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William E. T. Smith and others against John J. Bartlett. No opinion. Order reversed, and motion granted, without costs, but upon plaintiffs stipulating that, if defendant so elect, either party may read in evidence from the former record. The reversal is solely upon the ground of the error in the certified copy of the will of William Smith. See, also, 156 App. Div. 916, 141 N. Y. Supp. 1146.

SMITH et al., Appellants, v. JAMISON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Roxy M. Smith and others, as executors, etc., against William A. Jamison and others, as administrators, etc. A. H. Larkin, of New York City, for appellants. W. N. Dykman, of Brooklyn, for respondents. No opinion. Judgment affirmed, with costs, on opinion of the referee. Order filed.

SMYTH v. YORKSHIRE REALTY & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by John Smyth, as administrator, against the Yorkshire Realty & Construction Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1145.

SOLINSKIE, Respondent, v. PHILADELPHIA & READING COAL & IRON CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John Solinskie against the Philadelphia & Reading Coal & Iron Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. See Wilner v. Independent Order Ahawas Israel, 122 App. Div. 615, 107 N. Y. Supp. 497; Jackson v. Carpenter, 3 Cowen, 22; Taylor v. Vandervoort, 9 Wend. 449.

SOLVAGGI, Respondent, v. TISDALE LUMBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. July

30, 1915.) Action by Raffaele Solvaggi against the Tisdale Lumber Company. No opinion. Judgment and order unanimously affirmed, with costs.

SPRATT v. SWEENEY & GRAY CO. et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of John Spratt against Sweeney & Gray Company, and another, insurer. No opinion. Motion granted. See, also, 153 N. Y. Supp. 505.

STAFFORD, Appellant, v. BROTHERHOOD OF R. TRAINMEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Lillian E. Stafford against the Brotherhood of Railroad Trainmen, impleaded with others. No opinion. Judgment affirmed, with costs.

STAFFORD v. STAFFORD. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Augusta C. Stafford against Frank B. Stafford; Kate Heins, corespondent, appellant. No opinion. Stay granted until the opening day of the September term of this court upon condition that the appellant be ready for argument and argue the appeal upon that day, or as soon as reached. See, also, 152 N. Y. Supp. 1144.

STARKE, Appellant, v. CATSKILL & ALBANY STEAMBOAT CO., Limited, et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Charles H. Starke against the Catskill & Albany Steamboat Company, Limited, and another. No opinion. Order affirmed, with $10 costs and disbursements.

STERN v. MUTUAL LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Caroline Stern against the Mutual Life Insurance Company and others. No opinion. Appellant must print and serve the pleadings in the action. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

STERN et al., Appellants, v. T. B. HARMS CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Joseph W. Stern and others against the T. B. Harms Company and others. T. B. Richter, of New York City, for appellants. M. D. Josephson, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below. Order filed.

STOCKMAN–FARMER PUB. CO. v. PORTER et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the Stockman-Farmer Publishing Company against John B. Porter and another; Edward C. Beiser, respondent. No opinion. Judgment affirmed, with costs, upon the authority of Kelley v. Hurlburt, 5 Cow. 534; Imperial Shale Brick Co. v. Jewett, 169 N. Y. 143, 62 N. E. 167; and Davis v. Allen, 3 N. Y. 168.

STOKES, Respondent, v. NEW YORK CONSOL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Randolph Stokes, an infant, by Loretta Sayler, his guardian ad litem, against the New York Consolidated Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SULZBACH, Respondent, v. SIRY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph T. Sulzbach, an infant, by Joseph F. Sulzbach, his guardian ad litem, against Christina A. Siry. No opinion. Order unanimously affirmed, with costs.

SUMNER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by David C. Sumner, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and MERRELL, JJ., dissent upon the ground that whether plaintiff's intestate fell while standing beside the tracks as a traveler upon the highway, or as an intending passenger, she was in either event guilty of contributory negligence as matter of law.

SURE SEAL CO. v. LOEBER et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the Sure Seal Company against Charles C. Loeber and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

SUTERA, Appellant, v. ANCHOR LINE S. S. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Carla Sutera, as administratrix, etc., of Francesco Sutera, deceased, against the Anchor Line Steamship Company. No opinion. Order reversed, with $10 costs and disbursements, and motion to amend granted upon condition that the plaintiff, within 20 days, pay to the defendant the costs of the action to the date of the original making of the motion, and $10 costs of motion.

SWANCK, Appellant, v. NORTHERN CENT. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Ralph Swanck against the Northern Central Railway Company.

PER CURIAM. Order affirmed, with costs, unless the plaintiff within 20 days stipulates to reduce the verdict to $15,000; if such stipulation is filed, order is reversed, and verdict as so reduced is reinstated, and judgment directed thereon.

SMITH, P. J., and LYON, J., vote for affirmance.